UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-61524-WPD

ALBERTO GERARDO MORENO,

    Plaintiff,

v.

AN LUXURY IMPORTS OF
COCONUT CREEK, INC.
d/b/a AUTONATION MERCEDES BENZ,
a Foreign Corporation, and
CLIFF BEVERLY, individually,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the Stipulation for Dismissal with Prejudice [DE 12], and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED WITH PREJUDICE**;

2. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida on this 12th day of December, 2017.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record